# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)

| | |
|---|---|
| Terrance Maull, <br>               Plaintiff, <br> v. <br><br> Innovis Data Solutions, Inc., <br>               Defendant. | Case No. <br><br> On removal from the Magistrate Court of Gwinnett County, Georgia at Case No. 25-M-22169 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Innovis Data Solutions, Inc. ("Innovis") hereby removes the above-captioned litigation to the United States District Court for the Northern District of Georgia. As grounds for removal, Innovis states as follows:

### I.  THIS COURT HAS REMOVAL JURISDICTION.

1. This litigation involves Plaintiff Terrance Maull's Complaint against Defendant Innovis. Exhibit 1 (Summons and Complaint).

2. Plaintiff filed the Complaint in the Magistrate Court of Gwinnett County, Georgia at Case No. 25-M-22169. *Id*.

3. A defendant who has been sued in a state court may remove a "civil action … of which the district courts of the United States have original jurisdiction … to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

4. This Court's "original jurisdiction" includes "civil actions arising under the Constitution, laws, or treaties of the United States." See 28 U.S.C. § 1331.

5. Plaintiff's Complaint pleads claims which arise under a "law[] … of the United States," namely the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. *See* Exhibit 1 at 5 (Plaintiff's Complaint, alleging at ¶ 1 that Innovis violated the FCRA).

6. Because Plaintiff's claims arise under federal law, the Complaint presents a federal question under 28 U.S.C. § 1331 and falls within this Court's original jurisdiction under 28 U.S.C. § 1441(a).

7. Because Gwinnett County, Georgia is within this Court's judicial district, this Court "embrac[es] the place where [this] action is pending" and has removal jurisdiction under 28 U.S.C. § 1441(a).

## II.   THIS NOTICE OF REMOVAL IS TIMELY.

8. Each defendant must remove litigation to federal court "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b).

9. Plaintiff served the Complaint on Innovis's registered agent, which received it on May 20, 2025.

10. Because Innovis is filing this Notice of Removal within 30 days from the date on which it received a copy of Plaintiff's Complaint (*i.e.*, on or before June 19, 2025), the Notice of Removal is timely.

### III. THIS NOTICE OF REMOVAL IS PROPER.

11. In accordance with 28 U.S.C. § 1446 (b), Innovis is filing, as Exhibit 1, a true and correct copy of "all process, pleadings, and orders served upon" Innovis in this litigation.

12. Pursuant to 28 U.S.C. § 1446(d), the undersigned certifies that immediately after the filing of this Notice of Removal in this Court, a Notice of Notice of Removal (attached hereto as Exhibit 2) will be filed in the Magistrate Court of Gwinnett County, Georgia and will be served on all parties.

WHEREFORE, Innovis gives notice that the above- captioned litigation has been removed from the Magistrate Court of Gwinnett County, Georgia to the United States District Court for the Northern District of Georgia.

Respectfully submitted this 17th day of June 2025.

| LAVENDER HOFFMAN EMERY, LLC | FISHERBROYLES, LLP |
|---|---|
| /s/Patrick M. Emery<br>Patrick M. Emery (GA Bar No. 821303)<br>Lavender Hoffman Emery LLC<br>750 Hammond Drive,<br>Building 2, Suite 200<br>Atlanta, GA 30328<br>T:  (404) 400-4500<br>pemery@lhefirm.com<br><br>*Counsel for Defendant Innovis* | _____<br>Jason A. Spak (application to appear *pro hac vice* to be filed)<br>FisherBroyles, LLP<br>6360 Broad Street #5262<br>Pittsburgh, PA 15206<br>T:  (412) 412-2000<br>jason.spak@fisherbroyles.com<br><br>*Counsel for Defendant Innovis* |

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 17, 2025, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** upon Plaintiff by sending it via United States mail to Plaintiff at P.O. Box 675622, Marietta, GA 30006.

                                            /s/ Patrick M. Emery
                                            Patrick M. Emery
                                            *Counsel for Defendant Innovis*