**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| Terrance Maull,<br>                              Plaintiff,<br><br>v.<br><br>Innovis Data Solutions, Inc.,<br>                              Defendant. | Case No. 1:25-cv-03361-ELR-JSA |

## NOTICE OF SETTLEMENT

Plaintiff Terrance Maull and Defendant Innovis Data Solutions, Inc. give notice that they have resolved the claims raised in this matter and are in the process of finalizing and consummating a joint settlement and resolution.

Plaintiff and Defendant anticipate that they will be able to file dismissal papers on or before Friday, August 29, 2025, and they respectfully ask the Court to extend all deadlines in this matter, including the deadline to file a JPR and CIP set forth in this Court's Order at ECF 10, to that date.

/s/ Terrance Maull[1]
Terrance Maull
P.O. Box 675622
Marietta, GA 30006
tmaull725@gmail.com
*Plaintiff pro se*

/s/ Jason A. Spak
Jason A. Spak (admitted *pro hac vice*)
Troutman Pepper Locke, LLP
501 Grant Street, Suite 300
Pittsburgh, PA 15219
T:  412-401-2000
E:  jason.spak@troutman.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on July 29, 2025, I served a copy of this document upon Plaintiff by email with his consent per FRCP 5(b)(2)(E).

/s/ Jason A. Spak
Jason A. Spak

---

[1]      Plaintiff consented, via email, for Defendant to insert his signature.