IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TERRANCE MAULL,<br><br>Plaintiff,<br><br>v.<br><br>INNOVIS DATA SOLUTIONS, INC.,<br><br>Defendant. | No. 1:25-cv-03361-ELR-JSA |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff TERRANCE MAULL, and Defendant INNOVIS DATA SOLUTIONS, INC., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above-captioned action with prejudice, each party to bear its own costs and attorney's fees.

This stipulation is consistent with the terms of the Settlement Agreement entered into by the parties on the tenth day of July, two thousand twenty-five, confirming that the case has been completely settled.

Respectfully submitted this fifth day of August, two thousand twenty-five.

| | |
|---|---|
| /s/ Jason A. Spak<br>Jason A. Spak<br>Troutman Pepper Locke, LLP<br>501 Grant Street, Suite 300<br>Pittsburgh, PA 15219<br>T: 412-401-2000<br>E: jason.spak@troutman.com<br>*Counsel for Defendant* | /s/ Terrance Maull<br>Terrance Maull<br>P.O. Box 675622<br>Marietta, GA 30006<br>tmaull725@gmail.com<br>Plaintiff, *in propia persona* |

1

## CERTIFICATE OF CONFERRAL AND CONSENT TO FILE

I certify that on August 5, 2025, Plaintiff *pro se* emailed me a Microsoft Word file of this NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE, stating that "I sent over the file so you can sign your name and file at your earliest convenience." I edited the file by adding my signature and using one of this Court's approved fonts and type sizes (Book Antiqua, 13-point). I then converted it into PDF and filed it.

/s/ Jason A. Spak
Jason A. Spak
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I certify that on August 5, 2025, I served an as-filed copy of this document upon Plaintiff by email with his consent per FRCP 5(b)(2)(E).

/s/ Jason A. Spak
Jason A. Spak
*Counsel for Defendant*

2

318052261v1